UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTIAN FURLONG, | ) | |
| | ) | CASE NO. 1:22-CV-588 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY ADMIN., | ) | **OPINION AND ORDER** |
| | ) | |
| Defendant. | ) | |

Before the Court is the Report and Recommendation ("R&R") of Magistrate Judge Darrell A. Clay, recommending that the decision of the Commissioner of the Social Security Administration ("Commissioner") be reversed and the matter remanded for proceedings consistent with the R&R. (Doc. No. 11.)

Under the relevant statute:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C) (flush language).

The R&R was issued on February 17, 2023. (Doc. No. 11.) The government did not file any objection to the R&R, and the deadline for filing objections has passed. The failure to timely file written objections to the report and recommendation of a magistrate judge constitutes a waiver of *de novo* review by the district court. *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981); *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd,* 474 U.S. 140 (1985). The failure to file written objections also results in a waiver of the right to appeal. *Thomas*, 728 F.2d at 815.

The Court has reviewed the R&R and adopts the same.  Accordingly, the final decision of the Commissioner of the Social Security Administration is REVERSED, and the matter is REMANDED for proceedings consistent with the R&R.  The case is dismissed.

**IT IS SO ORDERED.**

Date: August 2, 2023

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE